UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DUANE THORN RAY,

        Petitioner,

   v.

STATE OF WASHINGTON,

        Respondent.

Case No.  C06-5260 RBL/KLS

ORDER GRANTING MOTION
TO AMEND CASE CAPTION

    This habeas corpus action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  Respondent's motion (Dkt. # 12) to change the case caption to properly reflect the respondent as Douglas A. Waddington, the superintendent of the facility where petitioner is housed, shall be **GRANTED**.

    Accordingly, the Clerk of the Court is directed to change the case caption to reflect the respondent as Douglas A. Waddington.

    DATED this 26th day of September, 2006.

                                              Karen L. Strombom
                                            United States Magistrate Judge

ORDER
Page - 1