# United States District Court

WESTERN DISTRICT OF WASHINGTON

DUANE THORN RAY

        Plaintiff,              JUDGMENT IN A CIVIL CASE

    v.

DOUG WADDINGTON,            CASE NUMBER: C06-5260RBL/KLS

        Defendants,

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court Adopts the Report and Recommendation.

Petitioner's Writ of Habeas Corpus (Dkt. #1) is DENIED and DISMISSED WITH PREJUDICE..

April 24, 2007                             BRUCE RIFKIN
                                                      Clerk

                                                    /s/ Pat LeFrois
                                                     Deputy Clerk